CRIMINAL APPEALS

CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL IN COURT OF APPEALS
TRIAL COURT NO:**13-1992-CR-B**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/20/2015 8:10:13 AM
KEITH E. HOTTLE
Clerk

THE STATE OF TEXAS                    IN THE 25TH DISTRICT COURT

VS

**ANTHONY ALEX DELEON**                    OF GUADALUPE COUNTY, TX

The records of my office show that:

1. Has counsel for defendant filed a motion for new trial: yes _X_ , date 02-11-15 no_____
2. The date the Notice of Appeal was filed **FEBRUARY 11TH , 2015.**
3. The defendant named above was convicted of
   **POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DELIVER PG1>=4G<200G**
4. The Honorable **DAN BECK** presided at the trial
5. The State was represented by: **HEATHER HOLLUB, HEATHER HINES**
   at the trial. The State is represented by **HEATHER HINES** , 211 W. Court, Ste.260,
   Seguin, TX 78155; phone (830)303-1922; Bar I.D. #**24049972.**
6. Defendant was represented by **MARK JANSSEN** at the trial.
   Defendant is represented by **GREGORY SHERWOOD**
   Address **P. O. BOX 200613, AUSTIN, TEXAS 78720.**
   Phone #**(512) 484-9029**, State Bar # **18254600**
7. Defendant's Counsel on appeal: Retained_____ Appointed __**X**__ Pro Se ___.
8. The Trial was before the Court: Without a Jury ____; A Jury on both guilt and
   punishment _**X**__; A Jury on punishment only _____; A Jury on Guilt only ____.
9. The sentence was imposed/suspended on **JANUARY 28TH, 2015** for (length of
   time) **35 YEARS IN TDCJ-ID** ; Repeater/Habitual (circle one if appropriate)
10. Defendant is in Jail _**X**_; Free on Bond of $_____.
11. The name and address of the court reporter who reported the evidence is:
    **PATRICIA WAGNER: P. O. BOX 1051, COLUMBUS, TEXAS 78934**
12. If two or more cases were tried together, the other cases that have been or may be
    Appealed are: (docket number & defendant's name) _____**N/A**_____
    _____**N/A**_____.

WITNESS MY HAND this the 20<sup>H</sup> day of FEBRUARY, 2015.

_____
Court Reporter

KEITH E. HOTTLE, CLERK
By _____ Deputy

DEBRA CROW
Clerk of the District Court
Guadalupe County, Texas

By: _____ Deputy

13-1992-CR-B

FILED
FEB 11 2015
DEBRA CROW
Clerk, Dist. Court, Guadalupe Co. Tx.

Dear Debra Crow,

I would like to Appeal my case cause no 13-1992-CR-B! So if you can start the prosses on start the paper work For my Appeal! From my understanding I Have 30 days To File the paper work So If I Have any Form or any information could you please send it To me! I Dont no if I'm sapose to explain my Appeal so I will say it say I want to appeal due to the time I Have been giving I feel its to much time For a crime I didnt comite or feel I wasnt Represented fairly! There are a lot of things my attorney left out! well, Thank you For your time an May God bless you.

Anthony Deleon

Anthony Deleon So# 04225-20

Guadalupe County Jail 2615 ~~Aut~~ Guadalupe st

CAUSE NO. CR-13-1992-C-R-B

THE STATE OF TEXAS     *     IN THE 25TH JUDICIAL

VS.     *     DISTRICT COURT OF

ANTHONY DELEON     *     GUADALUPE COUNTY, TEXAS

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, ANTHONY DELEON, by and through his Attorney of Record, Mark Janssen, and gives this his Notice of Appeal to the Court of Appeals on this the 11th day of February, 2015.

Respectfully submitted,

Mark Janssen
Attorney at Law
110 East San Antonio
San Marcos, Texas 78666
(512) 396-0066
(512) 396-0075 FAX
Bar No. 10571950

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was delivered in accordance with the Texas Rules of Procedure to the Office of the District Attorney of Guadalupe County, Texas on this the 11th day of February, 2015.

Mark Janssen
Attorney at Law

CAUSE NO. 13 1992 CR B

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 25 JUDICIAL DISTRICT |
| | § | |
| Anthony Deleon | § | GUADALUPE COUNTY, TEXAS |

FILED

FEB 19 2015

DEBRA CROW
Clerk, Dist. Court, Guadalupe Co. Tx

ENTERED

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

X is not a plea-bargain case, and the defendant has the right of appeal.

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal.

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal.

☒ is a plea-bargain case, and the defendant has NO right of appeal.

☐ the defendant has waived the right of appeal.

_____        13 February 2015
JUDGE                                    DATE SIGNED

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX . R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____        _____
DEFENDANT                                ATTORNEY FOR DEFENDANT

Jail, N. Guadalupe                       STATE BAR ID #: 10571950
MAILING ADDRESS
                                         110 E. San Antonio
Seguin, Tx 78155                         MAILING ADDRESS
CITY        STATE        ZIP             San Marcos  Tx  78666
                                         CITY         STATE      ZIP
PHONE: ( )
                                         PHONE: 512 , 396 0066
                                         FAX: 512 , 396 0075

---

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case – that is, a case in which a defendant's plea of guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

White (Clerk); Yellow (Defense Attorney); Pink (Defendant)